LEVINSON ARSHONSKY & KURTZ, LLP

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA VITTI BESHKOV, <br><br>        Plaintiff, <br><br> vs. <br><br> MATTHEW R. DAVISON; THE LAW OFFICES OF MATTHEW R. DAVISON LLC, <br><br>        Defendants. | CASE NO. 2:16-CV-01695 <br><br> [~~PROPOSED~~] ORDER ON STIPULATION FOR DISMISSAL |

The Court, having considered the Joint Stipulation for Dismissal of the Complaint entered into by and between Plaintiff Lisa Vitti Beshkov, on the one hand, and Defendants and Matthew R. Davison and the Law Offices of Matthew R. Davison LLC, on the other hand, and for good cause appearing,

IT IS HEREBY ORDERED that,

1.   The Stipulation is approved;

2.   The Complaint is Dismissed **with** Prejudice pursuant to Rules 41(a)(1)(A)(ii) and 41(c)(2) of the Federal Rules of Civil Procedure; and

3. Each of the Parties is to bear their own respective costs and fees with respect to this Action.

**IT IS SO ORDERED.**

Dated: October 5, 2016

By: *Christina A. Snyder*
HON. CHRISTINA A. SNYDER,
DISTRICT COURT JUDGE